SEALED



1    IN THE UNITED STATES DISTRICT COURT FOR THE

2         EASTERN DISTRICT OF CALIFORNIA        MAR 2 4 2011

CLERK, U.S. DISTRICT COURT
3                                        EASTERN DISTRICT OF CALIFORNIA
                                         BY
                                              DEPUTY CLERK
4    UNITED STATES OF AMERICA,   )   CASE NO.
                                 )   1:11 CR 00126    LJO
5              Plaintiff,        )   ORDER TO SEAL INDICTMENT
                                 )   PURSUANT TO RULE 6(e) OF
6          v.                    )   THE FEDERAL RULES OF
                                 )   CRIMINAL PROCEDURE
7    PATRICK VALDEZ,             )
                                 )
8              Defendant.        )
                                 )
9    _____)

10                        **SEALING ORDER**

11
         IT IS HEREBY ORDERED THAT the Indictment in this matter and
12
    this Sealing Application and Order shall be SEALED in the interest
13
    of justice.
14

15

16   IT IS SO ORDERED this 24th day of February 2011

17

18

19                              U.S. Magistrate Judge

20

21

22

23

24

25

26

27

28

                                  3