BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare St.
Fresno, CA  93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>PATRICK VALDEZ,<br><br>  Defendant. | CASE NO.  11-CR-0126   LJO<br><br>**MOTION TO UNSEAL AND DISMISS INDICTMENT IN LIGHT OF STATE ADJUDICATION** |

It has come to the United States' attention that the conduct charged in this case has been adjudicated in state court.  THEREFORE, in light of the state adjudication, the United States, hereby, moves to unseal and dismiss *without prejudice* the Indictment in this case.

DATED: August 11, 2011                                      Respectfully submitted,

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                                            By:  /s/ Yasin Mohammad    .
                                                                  YASIN MOHAMMAD
                                                                  Assistant U.S. Attorney

**ORDER**

Given the state's adjudication of the conduct charged in this case and by motion of the United States, the Indictment in this case is UNSEALED and DISMISSED *without prejudice*.

IT IS SO ORDERED.

Dated:   **August 12, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE